# United States Court of Appeals for the Fifth Circuit

---

No. 25-50501
Summary Calendar

---

United States Court of Appeals
Fifth Circuit

**FILED**

February 2, 2026

Lyle W. Cayce
Clerk

United States of America,

*Plaintiff—Appellee*,

*versus*

Homer Adalberto Montes-Galeas,

*Defendant—Appellant*.

---

Appeal from the United States District Court
for the Western District of Texas
USDC No. 2:24-CR-2193-1

---

Before Jones, Duncan, and Douglas, *Circuit Judges*.

Per Curiam:*

Homer Adalberto Montes-Galeas appeals the sentence imposed following his guilty plea conviction for illegal reentry in violation of 8 U.S.C. § 1326.  Montes-Galeas challenges the application of the enhanced penalty range in § 1326(b) as unconstitutional because it permits a defendant to be sentenced above the statutory maximum of § 1326(a) based on a prior

---

* This opinion is not designated for publication. *See* 5th Cir. R. 47.5.

No. 25-50501

conviction that was not alleged in the indictment or found by a jury beyond a reasonable doubt. The Government has filed a motion for summary affirmance or, alternatively, for an extension of time to file a brief. While Montes-Galeas takes no position on the motion, he correctly concedes that this issue is foreclosed by *Almendarez-Torres v. United States*, 523 U.S. 224 (1998). *See United States v. Pervis*, 937 F.3d 546, 553–54 (5th Cir. 2019). Montes-Galeas raises the issue to preserve it for further review.

Because summary affirmance is appropriate, *see Groendyke Transp., Inc. v. Davis*, 406 F.2d 1158, 1162 (5th Cir. 1969), the Government's motion for summary affirmance is GRANTED, the Government's alternative motion for an extension of time to file a brief is DENIED, and the district court's judgment is AFFIRMED.